IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE ZUNIGA,

      Plaintiff,                   No. 2:12-cv-1747 EFB P[1]

      vs.

MIKE MCDONALD, et al.,

      Defendants.            ORDER AND FINDINGS AND RECOMMENDATIONS

_____/

On April 11, 2012, court found that plaintiff had not paid the filing fee, sought leave to proceed in forma pauperis, or filed a complaint to commence a civil action. The court ordered plaintiff to pay the filing fee or submit a complete application to proceed in forma pauperis, and file a complaint within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

The 30-day period has expired, and after an extension of time, plaintiff has complied with or otherwise responded to the court's order.

////

---

[1] Plaintiff failed to respond to the court's order filed on July 3, 2012, Dckt. No. 3, directing that he complete and return the form indicating either his consent to jurisdiction of the magistrate judge or request for reassignment to a district judge. Accordingly, the clerk will be directed to randomly assign this case to a district judge

1

1 Accordingly, it is hereby ORDERED that the Clerk of the Court randomly assign a United 2 States District Judge to this action.

3 Further, it is hereby RECOMMENDED that this action be dismissed without prejudice.

4 These findings and recommendations are submitted to the United States District Judge 5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after 6 being served with these findings and recommendations, any party may file written objections with 7 the court and serve a copy on all parties. Such a document should be captioned "Objections to 8 Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified 9 time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 10 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11 Dated: August 27, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE